JS-6



Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMTEX PRINT USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARDUST INTERNATIONAL CORP.; *et al.*, <br><br> Defendants. | Case No. CV11-9544 MWF (FMOx) <br> *Honorable Michael W. Fitzgerald Presiding* <br><br> [PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION |

~~PROPOSED~~ **ORDER**:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. This action is dismissed without prejudice;

B. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

C. The parties to this stipulation will each bear their own costs and fees.

SO ORDERED.

Date: _January 14_, 2013    By: _[signature]_
HONORABLE MICHAEL W. FITZGERALD